UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 25-CR-3020-JAH |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASE** |
| Jeane Wong, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Trina Stephanie Rupley, Case No. 25-CR-3018-TWR and United States of America v. Raul Kuilon, Case No. 25-CR-2968-DMS pursuant to CrimLR 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

\_\_\_\_\_ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

\_\_x\_\_ (2) Prosecution against different defendants arises from:

    \_\_\_\_\_ (a) A common wiretap

    \_\_\_\_\_ (b) A common search warrant

    \_\_x\_\_ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: July 31, 2025.

                                                               _____
                                                               ADAM GORDON
                                                               United States Attorney