HECTOR J. TAMAYO, ESQ./SBN:243621
555 W. Beech St., Suite 508
San Diego, CA 92101
Tel: (619)423-3222
Fax: (619)544-1473
tamayohj@tamayolaw.com

Attorney for defendant
**JEANE WONG**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>**JEANE WONG,**<br><br>   Defendant. | CASE NO. 25CR3020-DMS<br><br>DEFENDANT'S NOTICE TO WITHDRAW DOCUMENT |

JEANE WONG, by and through her attorney Hector J. Tamayo, withdraws Docket Number 34, filed November 7, 2025 (Motion to Modify Conditions of Release).

Date: November 7, 2025                           s/ *Hector J. Tamayo*
                                                 Attorney for Defendant Mrs. Wong