**HECTOR J. TAMAYO, ESQ / SBN:243621**
555 W. Beech St., Ste. 508
San Diego, California 92101
Office: (619) 423-3222
Facsimile: (619) 544-1473
Email: tamayohj@tamayolaw.com

Attorney for
**JEANE WONG**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEANE WONG,<br><br>　　　　　Defendant. | Case No. 25CR3020-DMS<br><br>**UNOPPOSED MOTION TO MODIFY BOND CONDITIONS TO ALLOW TRAVEL THROUGHOUT THE STATE OF CALIFORNIA AT THE DISCRETION OF PRETRIAL SERVICES** |

**TO:  ADAM A. GORDON, UNITED STATES ATTORNEY; EVANGELINE A. DECH, ASSISTANT UNITED STATES ATTORNEY, AND UNITED STATES PTSO VANESSA ANDREWS:**

　　　Comes now JEANE WONG, by and through her attorney Hector J. Tamayo, and hereby moves this Court to modify the conditions of her bond to allow her to travel throughout the State of California at the discretion of Pretrial Services. Pretrial Services Officer Vanessa Andrews does not oppose this motion. Assistant U.S. Attorney Evangeline A. Dech is aware of this request and does not oppose this motion.

DATED: January 15, 2026

Respectfully Submitted,

*/s/ Hector J. Tamayo*
HECTOR J. TAMAYO
Attorney for Jeane Wong

*/s/ Evangeline A. Dech*
EVANGELINE A. DECH
Assistant United States Attorney

*/s/ Vanessa Andrews*
VANESSA ANDREWS
U.S. Pretrial Services Officer