```
 1
 2
 3
 4
 5                      UNITED STATES DISTRICT COURT
 6
                      SOUTHERN DISTRICT OF CALIFORNIA
 7
 8  UNITED STATES OF AMERICA,       Case No.: 25-cr-3020-DMS
 9                    Plaintiff,    I N F O R M A T I O N
                                         Superseding
10       v.
                                    Title 18, U.S.C.,
11  JEANE WONG,                     Sec. 111 (a)(1) - Assault on
                                    a Federal Officer
12                    Defendant.    (Misdemeanor)
13
14
15
16       The United States Attorney charges:
17       On or about July 2, 2025, within the Southern District of
18  California, defendant JEANE WONG did forcibly assault a person named
19  in Title 18, United States Code, Section 1114, to wit, Department of
20  Homeland Security Investigations Special Agent M. Hogan, while Special
21  Agent M. Hogan was engaged in and on account of the performance of his
22  official duties; in violation of Title 18, United States Code, Section
23  111(a)(1), a misdemeanor.
24       DATED:  10/8/2025   .
25                                       ADAM GORDON
                                         United States Attorney
26
                                         Evangeline Dech
27                                       EVANGELINE A. DECH
                                         Assistant U.S. Attorney
28
ead:10/8/2025
```