# EXHIBIT B




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

11/21/2025 13:49 EST                                                                                                                   Page 1 of 6

**CASE NUMBER**
████████████

**CASE OPENED**
10/23/2025

**CURRENT CASE TITLE**
Operation Road Flare

**REPORT TITLE**
47th Street Trolly Incident

**SYNOPSIS**

Operation Road Flare is a SAC San Diego Homeland Security Investigations (HSI) investigation of agitator ███████████ and other known and unknown conspirators impeding, obstructing, and interfering with Immigration & Customs Enforcement (ICE) field operations. The actions of these individuals create a safety risk to federal agents engaging in their lawful duties, the community at large, and impede federal investigations.

The following report details an encounter with ████████ and other suspects during a warrant operation.

**REPORTED BY**
Ehab Rahman
SPECIAL AGENT

**APPROVED BY**
Robert Hopper
SUPERVISORY INTELLIGENCE RESEARCH SPECIALIST

**DATE APPROVED**
11/21/2025

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Road Flare | ████████████-002 | 11/21/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

11/21/2025 13:49 EST                                                                                     Page 2 of 6

## DETAILS OF INVESTIGATION

On November 18, 2025, at approximately 8:39 AM, Homeland Security Investigations (HSI) Special Agents (SA) assigned to the Document and Benefit Fraud Task Force (DBFTF) were conducting surveillance near the 300 block of 47th Street, in San Diego, California. This area is in the southeastern part of San Diego and is an area known to agents for its high number of incidents of violent crime and gang activity. Agents were dressed in plain clothes operating unmarked agency vehicles. DBFTF agents were attempting to execute a criminal federal arrest warrant issued in the Southern District of California and/or obtain information that would lead to a search warrant or other criminal or administrative enforcement action pertaining to the subject of investigation. SA ▬▬▬ was parked on the west side of 47th Street south of the entrance to the 47th Street Metropolitan Transit System Trolley Station. Other agents assigned to DBFTF were also parked around the area.

At approximately 10:26 AM, SA ▬▬▬ informed DBFTF agents that he was being accosted by a subject previously identified by HSI agents as ▬▬▬ approached the agency vehicle, placed his hands and face against the agency vehicle window and called to SA ▬▬▬ who was seated in the back. ▬▬▬ then continued attempting to engage SA ▬▬▬ despite SA ▬▬▬ not responding to ▬▬▬ questioning, nor affirmatively identifying himself as a federal agent. ▬▬▬ then used an amplified audio device (megaphone) to announce the presence of federal agents stating something to the effect of "federal agents right here staged outside of this person's house." SA ▬▬▬ window was slightly open, and ▬▬▬ then attempted to film SA ▬▬▬ and the interior of the agency vehicle by placing his phone at the threshold of the crack. Agents were using encrypted agency radios to communicate, and a recording by a third party in ▬▬▬ position could have potentially captured confidential and sensitive law enforcement communications. SA ▬▬▬ relayed the incident to other agents and then departed the area. As SA ▬▬▬ attempted to depart the area, ▬▬▬ briefly stepped in front of his vehicle.

SA ▬▬▬ maneuvered around ▬▬▬ and drove away from the area. SA ▬▬▬ later noticed that he was being followed by a black Mercedes sedan. SA ▬▬▬ relayed via agency radio that he needed backup. SA ▬▬▬ drove south on 47th Street toward Imperial Avenue. While following SA ▬▬▬ the driver, ▬▬▬, and an unidentified female passenger were yelling out of the window and using the megaphone to announce something to the effect of "ICE is in the black van…" SA ▬▬▬ stopped at a red light at the intersection of 47th Street and the on-ramp to Interstate 805 South. SA ▬▬▬ stopped behind multiple vehicles waiting to make a left turn onto I-805. ▬▬▬ and the female passenger parked behind SA ▬▬▬ and exited the Mercedes in the middle of the street. ▬▬▬ approached the driver's side of SA ▬▬▬ vehicle, and the

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Operation Road Flare | ▬▬▬-002 | 11/21/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

0151




**DEPARTMENT OF HOMELAND SECURITY**

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

11/21/2025 13:49 EST                                                                 Page 3 of 6

female approached SA ▆▆ passenger side. Both appeared to film SA ▆▆ through the window. ▆▆ appeared to look up at the traffic light which had turned green, and he stepped in front of SA ▆▆ vehicle preventing SA ▆▆ from driving forward. ▆▆ looked up again and saw all the other vehicles moving forward and eventually moved out of SA ▆▆ path. SA ▆▆ departed on I-805 South.

SA ▆▆ and SA ▆▆ assigned to DBFTF, were at the HSI San Diego Office of the Special Agent in Charge, listening to the radio communications. SA ▆▆ and ▆▆ heard SA ▆▆ call for backup and responded to the area near 47th Street and Market. SA ▆▆ asked for ▆▆ last known location and relayed via agency radio that agents were going to contact ▆▆ regarding his suspected attempt at impeding or obstructing officers from conducting law enforcement operations. SA ▆▆ who was parked at 47th Street Trolley Station, relayed that ▆▆ was parked at the public parking lot at the trolley station.

At approximately 10:49 AM, SA ▆▆ and ▆▆ arrived at the trolley station parking lot and observed that ▆▆ was standing near a black Mercedes sedan bearing CA license plate AG444CA. Another subject, subsequently identified as Jeane WONG, was also next to the Mercedes and appeared to be with ▆▆. The Mercedes was parked in the middle of the parking lot not in a marked stall. The windows were open, and agents observed a megaphone inside. SA ▆▆ engaged his red and blue emergency lights. SA ▆▆ and SA ▆▆ exited their agency vehicle and identified themselves as federal agents using agency-issued badges and/or insignia. Agents were wearing tactical vests that said "Police," "Homeland Security Investigations," "HSI," or a combination thereof. SA ▆▆ approached ▆▆ and told him to stop, as agents were investigating a suspected violation of federal law. ▆▆ refused to comply with verbal commands to stop, backed away from SA ▆▆ toward the MTS trolley platform stairs and then started running away. SA ▆▆ yelled "Police" and ordered ▆▆ to stop but ▆▆ continued running up the stairs to the trolley platform. SA ▆▆ pursued ▆▆ on foot and ▆▆ then ran onto the trolley tracks while an MTS trolley was at the platform. SA ▆▆ then stopped pursuing ▆▆ due to safety concerns. SA ▆▆ observed ▆▆ running eastbound on the tracks which ran above 47th Street, and then he disappeared northbound into the bushes. SA ▆▆ relayed the information via agency radio.

SA ▆▆ returned to the area where the Mercedes was parked and questioned WONG as to her reason for being in the area. SA ▆▆ asked WONG if she was with ▆▆. WONG said that she was. SA ▆▆ informed WONG that agents had reason to believe she and ▆▆ were impeding or obstructing a federal investigation and asked WONG to produce an identification document or provide her name and date of birth. WONG refused to provide any information. SA ▆▆ pleaded with WONG to identify herself so that agents could finish their business and depart without further incident, but WONG continued to refuse. WONG was also holding up her cellphone as if filming and several members of the public were starting to gather in the area. WONG remained

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Operation Road Flare | ▆▆▆▆▆▆▆▆-002 | 11/21/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

0152

 

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

11/21/2025 13:49 EST                                                                                                   Page 4 of 6

defiant and refused to provide any identification. SA ▇▇ informed WONG that agents were going to issue a warning to her for interfering during the execution of a warrant and she would be released after providing identification. WONG continued to refuse as another subject, later identified as ▇▇▇▇▇▇▇▇, began filming, yelling loudly, and attempting to antagonize agents.

WONG also started reaching into or moving her hands near her pockets. SA ▇▇ attempted to place WONG in handcuffs, but she pulled away multiple times. SA ▇▇ informed WONG that she was not under arrest but was being detained while agents investigated the incident. WONG continued to pull away and reached into her pockets, subsequently pulling out items later identified as a wallet, keys, and cellphone which she threw at or in SA ▇▇ direction. SA ▇▇ then placed WONG in handcuffs. SA ▇▇ observed that SA ▇▇ attempted to retrieve the items that WONG threw at or in SA ▇▇ direction, however, ▇▇ began fighting with SA ▇▇ over the items. SA ▇▇ ordered WONG to sit down on the curb, but WONG refused and pushed back at SA ▇▇ with her body when SA ▇▇ attempted to guide her to the seating position. After a momentary struggle, SA ▇▇ gently but forcefully guided WONG to the seating position. During the incident, SA ▇▇ also called for backup over agency radio several times.

SA ▇▇ maintained custody over WONG as SA ▇▇ now assisted by SA ▇▇ fought with ▇▇ over the items WONG had thrown. SA ▇▇ observed ▇▇ push or grapple with SA ▇▇ as they struggled over the items on the floor. SA ▇▇ and SA ▇▇ were able to retrieve the items and brought them to SA ▇▇ SA ▇▇ reviewed the items and among them found WONG's California identification document. At approximately 10:59 AM, SA ▇▇ gave WONG a verbal warning. SA ▇▇ informed WONG that agents were federal agents from HSI and were attempting to execute an arrest warrant. SA ▇▇ further explained that interfering with the investigation could result in criminal charges. The warning was audio and video recorded. SA ▇▇ subsequently released WONG.

Shortly thereafter, a subject driving a blue Toyota Tacoma, later identified as ▇▇▇▇▇▇▇▇ arrived. ▇▇▇▇▇▇ walked into the agent's scene and began confronting SA ▇▇ and SA ▇▇ SA ▇▇ asked ▇▇▇▇▇▇ to step back behind the agency vehicles, but ▇▇ refused. ▇▇ appeared to be holding his cellphone and recording video. SA ▇▇ again asked ▇▇ to step back behind the agency vehicles, and using his hand, motioned in the direction that ▇▇ was being told to move to, as ▇▇▇▇▇ was interfering with the agents' investigation. ▇▇▇▇▇ did not comply and at one point quickly and aggressively placed his finger within approximately one inch of SA ▇▇▇▇▇ face. SA ▇▇ additionally requested assistance from (A) Group Supervisor (GS) M. ▇▇▇▇▇▇

At this point, a vociferous and unruly crowd had gathered. The crowd was irritated, and various members were alluding to threats against agents. Agents estimated that there were approximately 15 to 20 members of the public (or more) participating in the unruly crowd. Numerous members

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Operation Road Flare | ▇▇▇▇▇▇▇▇-002 | 11/21/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

0153



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

11/21/2025 13:49 EST                                                                                         Page 5 of 6

contributed directly to the unrest either by force or insinuated threats, or indirectly by inciting violence through verbal support or encouragement of obstructive actions. As the events were unfolding, more members of the public were arriving on scene contributing to the unruliness of the crowd. Agents were outnumbered and SA ▓▓▓ suspected that private messaging was encouraging non-interested parties to arrive and disrupt operations as several vehicles and people arrived at the parking lot that on other occasions had generally been unoccupied. San Diego Police Department (SDPD) officers had started to arrive on scene.

▓▓▓ subsequently moved through the middle of the agents' scene, positioning himself in front of SA ▓▓▓ who was attempting to maintain a perimeter. SA ▓▓▓ then observed as ▓▓▓ swung his arm with an open-handed strike at SA ▓▓▓ contacting SA ▓▓▓ face. Agents moved in to arrest ▓▓▓ and SA ▓▓▓ also observed another subject, later identified as ▓▓▓ jump back and square off with SA ▓▓▓. ▓▓▓ took a bladed stance, lifted or fixed his shirt, and straightened his arms down in what SA ▓▓▓ recognized as "pre-assaultive indicators," or body positioning and movement indicating a potential assault. SA ▓▓▓ then deployed his agency-issued oleoresin capsicum spray causing ▓▓▓ to momentarily retreat. ▓▓▓ later returned and conveyed to SA ▓▓▓ that the spray had no effect on him or that he was used to or immune to its effects.

SA ▓▓▓ then turned his attention to SA ▓▓▓ and the crowd that followed him as they were fighting against each other. SA ▓▓▓ was attempting to detain ▓▓▓ who had retreated into the crowd, and whose members were placing themselves in between agents to prevent ▓▓▓ arrest. SA ▓▓▓ informed SDPD officers that ▓▓▓ had assaulted an agent. During the struggle, WONG returned and used her body and hands to physically push and/or interfere with agents attempting to arrest ▓▓▓. SA ▓▓▓ attempted to physically move WONG away, but she pushed back against SA ▓▓▓. SA ▓▓▓ again deployed oleoresin capsicum spray against WONG, and she retreated momentarily then returned and tried to push her way back into the scene. SA ▓▓▓ pushed her back and gave verbal commands to "get back."

At approximately 11:15 AM, ▓▓▓ was placed under arrest with the assistance of officers from SDPD that had arrived on scene. SDPD officers subsequently turned over ▓▓▓ wallet, car keys, and a blue Motorola cellphone to SA ▓▓▓. SA ▓▓▓ secured the items in his agency vehicle.

At approximately 11:16 AM, SA ▓▓▓ spoke to ▓▓▓ who at various points during the incident, made threats to SA ▓▓▓ with statements to the effect of "I'd like to see you out in the street and confront you man to man…" SA ▓▓▓ warned ▓▓▓ that his actions could subject him to arrest for federal violations.

After ▓▓▓ was placed under arrest, HSI agents requested medical assistance for various parties. Agents later observed that medical assistance had responded to the scene and were

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Operation Road Flare | ▓▓▓-002 | 11/21/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

0154




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

treating various members of the public including WONG and ███████ SA ███████ updated (A) GS Duran of the situation as he arrived on scene and reported the details of the deployment and use of intermediate force and chemical agents.

To defuse the situation and prevent additional violence, agents informed SDPD that HSI would only take custody of ███████ pending further investigation. The SDPD lieutenant asked agents to immediately depart the area once ███████ was secured. Due to the growing crowd that had devolved into a violent mob, agents had to depart the area at approximately 11:30 AM. SA ███████ transported ███████ to San Diego District Staging.

THE INVESTIGATION CONTINUES.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Road Flare | ███████-002 | 11/21/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

0155