# EXHIBIT C

**From:**
**To:**
**Subject:** [EXTERNAL] FW: Possible Lead
**Date:** Tuesday, December 30, 2025 3:06:30 PM
**Attachments:** image001.png



Still working on all the discovery I can obtain but wanted to forward you this email I just received. Happy Holidays!

Respectfully,



Adam Lane
Special Agent
Homeland Security Investigations
San Diego, CA

---

**From:** ████████@hsi.dhs.gov>
**Sent:** Tuesday, December 30, 2025 2:41 PM
**To:**
**Subject:** FW: Possible Lead

Hi Adam,

Please see email chain. TFO █████ had an encounter with the vehicle in attached photo today. Looks like it is linked to your subject. Copying him here in case you need additional information.

Per TFO (and he can confirm) Vehicle followed him from the federal building to a residential area in North Park. The female in the vehicle shouted Antifa as they drove away.

Thanks,
C████

C████ E████
Executive Program Manager
Homeland Security Investigations, SAC San Diego

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** H████, ████████
**Sent:** Tuesday, December 30, 2025 1:45 PM

**To:** ▮
**Subject:** Fw: Possible Lead

R▮ H▮
**Chief Intelligence Officer**
**HSI San Diego**
▮

---

**From:** ▮
**Sent:** Tuesday, December 30, 2025 1:44 PM
**To:** P▮, ▮ ▮
**Cc:** H▮, R▮ <▮>
**Subject:** RE: Possible Lead

**Search results License Plate: CA / 6VGS787**

- **Make/Model:** Honda
- **VIN:** 5FNRL38876B018158
- **Registered Owner Address:** 1787 Pentuckett Ave, San Diego, CA 92104

**Vehicle Last Border Crossing:** San Ysidro POE - 02/10/19

**Registered Owner Information (Linked to Vehicle Above):**
- **Name:** Jeane Wong (aka Heidi Wong)
- **DOB:** 11/27/1969
- **Status:** U.S. Citizen
- **FBI Number:** T9N8PDD5P


- ▮
- ▮

**Recent Law Enforcement Activity:**
- **Incident Date:** July 2, 2025
- **Charges:** 18 USC 111 – Assaulting, Resisting an Officer
- **Incident Details:** Jeane Wong was arrested and charged after a physical altercation with HSI Special Agents at the 47th Street Trolley Station on November 18, 2025. Prior to the altercation, Wong informed agents of her affiliation with Arturo Gonzalez.

C▮ C▮
Criminal Analyst
DHS/ICE - Homeland Security Investigations
Cell: ▮


---

**From:** C▮, C▮

**Sent:** Tuesday, December 30, 2025 1:20 PM
**To:** P████, P██ l████████████████████████████
**Cc:** H████r, ████████████████
**Subject:** RE: Possible Lead

Yes, Standby.

C████ C████
Criminal Analyst
DHS/ICE - Homeland Security Investigations
Cell: ████████

---

**From:** P████ ████████████████████ >
**Date:** Tuesday, Dec 30, 2025 at 1:14 PM
**To:** C████, ████████████████████ >
**Cc:** ████████████████████ >
**Subject:** FW: Possible Lead

Hi CC,

Any chance you can run this plate for us?

P██

Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

---

**From:** ████████████████████
**Date:** Tuesday, Dec 30, 2025 at 1:04 PM
**To:** ████████████████████████████████████████
**Subject:** Fw: Possible Lead

Anyone around to run this down?

R████ H████
**Chief Intelligence Officer**
**HSI San Diego**
████████

---

**From:** ████████████████████████ >
**Sent:** Tuesday, December 30, 2025 12:35 PM
**To:** ████████████████████████████████████████
**Cc:** ████████████████████ >
**Subject:** Possible Lead

Good afternoon,

An agent from Costa Pacifico provided this photo- indicated that this vehicle followed them from the federal

building to a residential area in North Park. The female in the vehicle shouted Antifa as they drove away.

I was asked to push this to your teams to look into it.

Thank you,



Executive Program Manager
Homeland Security Investigations, SAC San Diego

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

000162

